# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARYCHUY FLORES,<br><br>Defendant. | Case No. 20-CR-1490 JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT**<br><br>The Honorable Janis L. Sammartino |

Pursuant to joint motion and good cause appearing, the Court continues the upcoming motion hearing/trial setting from December 4, 2020 to January 15, 2021, at 1:30 p.m., and orders time excluded from the date of this order through January 15, 2021, under the Speedy Trial Act. In light of the ongoing judicial emergency identified in Orders of the Chief Judge Numbers, including Orders 18, 24, 27, 30, 31(a), 33, 36, and 40, and for the reasons provided in the motion, the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated: December 2, 2020

Hon. Janis L. Sammartino
United States District Judge