# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MARYCHUY FLORES, <br> Defendant. | Case No. 20-CR-1490 JLS <br><br> **ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE** <br><br> The Honorable Janis L. Sammartino |

Based on the motion of the United States to dismiss this case without prejudice, and in light of the interests of justice, it is hereby ordered that the information in the above-entitled action be dismissed without prejudice.

**SO ORDERED.**

Dated: January 4, 2021

Hon. Janis L. Sammartino
United States District Judge